AO 91 (Rev 11 11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Kerry Fordy Campbell | ) Case No. | |
| | ) 22-6215-AOV | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED BY_____D.C.

MAY - 2 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   8/8/2021-10/26/2021   in the county of   Broward   in the
Southern   District of   Florida   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(6) | Making false statements on an ATF Form 4473 |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Vitti, Special Agent ATF
*Printed name and title*

Sworn to before me and signed via facetime/whatsapp.

Date: May 2, 2022

*Judge's signature*

City and state:   Fort Lauderdele, Florida   Alicia O. Valle, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN
## APPLICATION FOR A COMPLAINT

I, Michael Vitti, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since approximately 2017. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and make arrests for, firearms offenses enumerated in Title 18 of the United States Code, and narcotics offenses including violations of Title 21 of the United States Code.

2. This affidavit is being submitted in support of a criminal complaint which charges **Kerry Fordy Campbell** with violation of Title 18, United States Code, Section 922(a)(6) (providing false statements to a licensed firearm dealer).

3. I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. On November 01, 2021, Vivian RICHARDS flew into Detroit Metropolitan Wayne County Airport (DTW) in Michigan and rented a vehicle from Enterprise at approximately 1030 hours. While crossing the Blue Water Bridge checkpoint (Canada/United States Border) in Sarnia, Ontario, RICHARDS was referred for a secondary search. During the examination of RICHARDS' vehicle, authorities located two boxes in the trunk which contained approximately

56 handguns, 56 magazines, 100 rounds of ammunition, and 2 holsters. Approximately 46 firearms had obliterated serial numbers. Approximately 18 firearms recovered in the seizure were subsequently traced and identified Kerry CAMPBELL as the initial purchaser.

5. On November 04, 2021, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agents (SAs) Carlos Perez and Ariel Romero conducted an interview with Kerry CAMPBELL regarding suspicious firearm purchases. CAMPBELL advised the agents that he purchased the firearms for an individual known as "Ahmad," and was introduced to the subject by his sister, Kiondra CAMPBELL for the purpose of making money. During the interview, CAMPBELL provided his phone number, 305-952-0918, in addition to contact numbers for Kiondra CAMPBELL, 470-685-9421, and "Ahmad," 786-794-0147. CAMPBELL informed the agents that he received a few thousand dollars as payment through purchasing firearms for "Ahmad," who would meet in person to retrieve the firearms the same day they were purchased from CAMPBELL.

6. On December 21, 2021, ATF SA Michael Vitti contacted HSI SA Gregory Abair to request telephonic toll records and subscriber information for multiple telephone numbers obtained through previous interviews including, but not limited to, 305-952-0918 (Kerry CAMPBELL); 470-685-9421 and 786-794-0147 (provided by Kerry CAMPBELL for "Ahmad").

7. SA Vitti observed the subscriber's name for telephone number, 786-794-0147, was identified as Tandy's Classy Shoes and Accessories.

8. On January 03, 2022, SA Vitti received a common call analysis report prepared by ATF Intelligence Research Specialist (IRS) Bradley Crosby. Based on the intelligence analysis of the phone records and a secondary database search, Ahmad Aquil EDWARDS was identified as linked to phone numbers, 786-794-0147 and 754-236-2806. SA Vitti reviewed the common call

report and observed that EDWARDS had telephonic contact with Kerry CAMPBELL during the period of firearm purchases known to law enforcement.

9. SA Vitti later contacted SA Abair to request telephonic toll records and subscriber information for the second phone number associated to EDWARDS, 754-236-2806, and observed the subscriber's name for telephone number, 786-794-0147, was identified as Nashombi Grant.

10. Between September 12, 2021, and September 29, 2021, EDWARDS appeared to have been in contact or attempted contact with Kerry CAMPBELL (305-952-0918) through approximately 11 calls on phone number 754-236-2806.

11. Between October 11, 2021, and October 26, 2021, EDWARDS appeared to have been in contact or attempted contact with Kerry CAMPBELL (305-952-0918) through approximately 28 calls on phone number 786-794-0147.

12. SA Vitti and ATF SA Jennifer Bedford conducted a review of firearm purchases associated with CAMPBELL through ATF firearm traces, multiple sale reports, and ATF Form 4473s. The agents observed the following:

13. CAMPBELL checked "yes" on block 21(a) of the ATF Form 4473s and designated himself as the actual transferee/buyer of the firearms listed.

14. Kerry CAMPBELL conducted 23 multiple sale transactions between August 08, 2021, and October 26, 2021. A total of 51 firearms were purchased, including 20 firearms recovered in Canada. The time-to-crime ranged from 19 days to 63 days, meaning the time the firearm was purchased to the day it was recovered by law enforcement in connection to a crime.

## CONCLUSION

15. Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Kerry Fordy Campbell with violation of Title 18, United States Code,

Section 922(a)(6) (providing false statements to a licensed firearm dealer).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Respectfully submitted,

Michael Vitti, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives (ATF)

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by
FaceTime, on this 2nd day of May 2022, at
Fort Lauderdale, Florida

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

4